JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHOHREH MOADDEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CAVALRY PORTFOLIO SERVICES LLC; AND, VAN RU CREDIT CORPORATION,**<br><br>Defendants. | Case No.: SACV14-559 AG (DFMx)<br><br>**ORDER OF DISMISSAL** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Plaintiff; and, without prejudice as to the putative class members. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
Hon. Andrew J. Guilford
U.S. District Judge

---

**[Proposed] Order of Dismissal**                                             Page 1 of 1

PROOF OF SERVICE